1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **JACLYN SUSAN MAJSTORIC**
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,    )   CASE NO. 2:09-cr-00450 LKK
                                    )
12         Plaintiff                )
                                    )   **STIPULATION AND ORDER**
13     vs.                          )   **CONTINUING STATUS**
                                    )   **CONFERENCE**
14                                  )
   **JACLYN SUSAN MAJSTORIC**,      )
15                                  )
           Defendant.               )
16 _____  )

17

18     The United States, through its undersigned counsel, and the defendant, through her
19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20 scheduled for March 27, 2012 at 9:15 AM in Courtroom 4 should be vacated and continued to
21 May 15, 2012, at 9:15 a.m.
22     All counsel agree that time should be excluded under the Speedy Trial Act from the date
23 this stipulation is lodged through May 15, 2012.
24     The parties stipulate and agree that the continuance requested herein is necessary to
25 provide defense counsel reasonable time to receive and review discovery concerning the
26 offense, and taking into account due diligence, the parties agree that the interests of justice in
27 granting this reasonable request for a continuance outweigh the best interests of the public and
28 defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and

Local Code T4.

Dated: March 20, 2012                                      /s/ Daniel Stoddard McConkie, Jr.
                                                             DANIEL STODDARD MCCONKIE, JR.
                                                             Assistant U.S. Attorney

Dated: March 20, 2012                                      /s/ John R. Duree, Jr.
                                                             JOHN R. DUREE, JR.
                                                              Attorney for Jaclyn Susan Majstoric

## ORDER

IT IS HEREBY ORDERED that status conference currently scheduled for March 27, 2012 at 9:15 a.m. be VACATED, and the matter continued until May 15, 2012 at 9:15 a.m. Time is excluded under the Speedy Trial Act from March 27, 2012 through May 15, 2012 pursuant to Local Code T4.

THE COURT FINDS that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT