

**FILED**

MAR 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR.S-09-450-LKK |
| v. | ) | |
| | ) | |
| FRANKIE THOMAS GOULDING | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     () Ad Testificandum

Name of Detainee:     FRANKIE THOMAS GOULDING
Detained at (custodian):     CALIFORNIA CORRECTIONAL CENTER-SUSANVILLE

Detainee is:
    a.) (X) charged in this district by: (X) Indictment () Information () Complaint charging detainee with: Distribution of Methamphetamine.
  or
    b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) () return to the custody of detaining facility upon termination of proceedings
  or
    b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **Forthwith BEFORE A UNITED STATES MAGISTRATE JUDGE** *in the Eastern District of California.*

Signature:     /s/ DANIEL S. McCONKIE
Printed Name & Phone No:     Daniel S. McConkie (916) 554-2725
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum     () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith**, before A UNITED STATES MAGISTRATE JUDGE, in the Eastern District of California, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause.

Date: 3/29/12

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                                                       Male
Booking or CDC #:     CDC# P87461
Facility Address:     711-045 Center Rd
                               Susanville, CA 96127-0790
Facility Phone:     (530)257-2181
Currently Incarcerated For:     2nd Degree Burglary Case # S10-CRF-0215

### RETURN OF SERVICE

Executed on _____     By: _____
                                                              (Signature)