1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **JACLYN SUSAN MAJSTORIC**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **UNITED STATES OF AMERICA**, ) | CASE NO. 2:09-cr-00450 LKK
                                   )
12 | Plaintiff               )
                                   )
13 | vs.                          ) **STIPULATION AND ORDER**
                                   ) **CONTINUED STATUS**
14 |                               ) **CONFERENCE**
   | **FRANKIE THOMAS GOULDING**,   )
15 | et al.                        )
                                   )
16 | Defendant.              )
   | _____ )
17

18
   The United States, through its undersigned counsel, and the defendants, through their
19
   undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20
   scheduled for May 15, 2012 at 9:15 AM in Courtroom 4 should be vacated and continued to June
21
   26, 2012, at 9:15 a.m.
22
   The parties stipulate and agree that the continuance requested herein is necessary to
23
   provide defense counsel reasonable time to prepare their respective clients' defenses.
24
   The parties further agree and stipulate that the time period from the filing of this
25
   stipulation until June 26, 2012 should be excluded in computing time for commencement of trial
26
   under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §
27
   3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable
28
   time necessary for effective defense preparation. It is further agreed and stipulated that the ends

-1-

of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 14, 2012        /s/ Daniel McConkie
DANIEL MCCONKIE
Assistant U.S. Attorney

Dated: May 14, 2012        /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Jaclyn Majstoric

Dated: May 14, 2012        /s/ Ron Peters
RON PETERS
Attorney for Frankie Thomas Goulding

Dated: May 14, 2012        /s/ Robert Holley
ROBERT HOLLEY
Attorney for Lio William Mataafa

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for May 15, 2012 at 9:15 a.m. be VACATED, and the matter continued until June 26, 2012 at 9:15 a.m. Time is excluded under the Speedy Trial Act from May 15, 2012 through June 26, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

Dated: May 14, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT