**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**JACLYN SUSAN MAJSTORIC**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **FRANKIE THOMAS GOULDING**, Defendant. | CASE NO. 2:09-cr-00450 LKK **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for October 16, 2012 at 09:15 AM in Courtroom 4 should be vacated and continued to December 4, 2012, at 9:15 a.m.

All counsel agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through December 4, 2012.

The parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to receive and review discovery concerning the offense, and taking into account due diligence, the parties agree that the interests of justice in granting this reasonable request for a continuance outweigh the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and

-1-

Local Code T4.

Dated: October 12, 2012          /s/ Daniel Stoddard McConkie, Jr.
                                 DANIEL STODDARD MCCONKIE, JR.
                                 Assistant U.S. Attorney

Dated: October 12, 2012          /s/ John R. Duree, Jr.
                                 JOHN R. DUREE, JR.
                                 Attorney for Jaclyn Susan Majstoric

Dated: October 12, 2012          /s/ Ron Peters
                                 RON PETERS
                                 Attorney for Frankie Thomas Goulding

Dated: October 12, 2012          /s/ Robert Holley
                                 ROBERT HOLLEY
                                 Attorney for Lio William Mataafa

## **ORDER**

The status conference, scheduled for October 16, 2012, is continued to December 4, 2012, at 9:15 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: October 15, 2012

                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT