1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2725
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. Cr. 09-450 LKK

12                 Plaintiff,               ORDER REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY
13  v.                                      TRIAL ACT

14  FRANKIE THOMAS GOULDING, et al.

15                 Defendants,

16

17     A status conference was held on January 29, 2013. All parties were present. At the status

18  conference, the parties agreed to set an additional status conference on March 19, 2013, excluding

19  time under Local Code T4 up to and including March 19, 2013. Counsel for the defendants

20  represented that they desired additional time to consult with their clients and conduct additional

21  investigation, as well as to conduct negotiations with the government and prepare for a possible jury

22  trial.

23     Based on the above-stated findings, the ends of justice served by continuing the case as

24  requested outweigh the interest of the public and the defendant in a trial within the original date

25  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act,

26  18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2013 to

                                              1

March 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED this 10th day of April, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT