BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2725
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. 09-450 LKK |
|---|---|
| Plaintiff, | ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| FRANKIE THOMAS GOULDING, et al. | |
| Defendants, | |

A status conference was held on March 19, 2013. All parties were present. At the status conference, the parties agreed to set an additional status conference on April 23, 2013, excluding time under Local Code T4 up to and including April 23, 2013. Counsel for the defendants represented that they desired additional time to consult with their clients and conduct additional investigation, as well as to conduct negotiations with the government and prepare for a possible jury trial.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2013 to

1

April 23, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED this 10th day of April, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT