```
Robert M. Holley
Attorney at Law
State Bar No. 50769
2150 River Plaza Drive, Ste. 200
Sacramento, California 95833
```

**Counsel for Lio William Mataafa**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-00450 LKK |
| ) | |
| Plaintiff, ) | <u>STIPULATION REGARDING</u> |
| ) | <u>EXCLUDABLE TIME PERIODS UNDER</u> |
| v. ) | <u>SPEEDY TRIAL ACT;FINDINGS AND</u> |
| ) | <u>ORDER</u> |
| LIO WILLIAM MATAAFA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff United States of America, by and through its counsel of record, and defendants Lio William Mataafa, Jaclyn Susan Majstoric, and Frankie Thomas Goulding, by and through their respective undersigned counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status conference for Wednesday, **May 29, 2013 at 9:15 a.m.**

    2.    By this stipulation, defendants, and each of them, now move to continue the status conference to **Tuesday, July 2, 2013 at 9:15 a.m.** and to exclude time from May 29, 2013 up to and including July 2, 2013 under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree, stipulate, and request that the

Court find the following:

    a.    All parties have been actively involved in resolving these matters and avoiding the necessity of a jury trial. Counsel for the government has been on a necessary paternity leave and is scheduled to return to duty on June 10, 2013. Continued negotiations after that time are expected to resolve, prior to the advent of this new proposed date for status conference. The government does not object to the continuance.

    b.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of, **May 29, 2013 2013 up to and including July 2, 2013 inclusive,** is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a

finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 24, 2013   /s/ *Mr. Richard Bender,(by RMH)*
                      Mr. Richard Bender, Esq.
                      Assistant United States Attorney
                      Supervising Counsel for Mr. Daniel
                      Stoddard McConcie, Jr.

DATED: May 24, 2013   /s/ *Mr. Robert M. Holley*
                      Mr. Robert M. Holley
                      Counsel for Defendant
                      Lio William Mataafa

DATED: May 24, 2013   /s/ *Mr. John R. Duree, Jr. (by RMH)*
                      Mr. John R. Duree, Jr.
                      Counsel for Defendant
                      Jaclyn Susan Majstoric

DATED: May 24, 2013   /s/ *Mr. Ron Peters,* (by RMH)
                      Mr. Ron Peters
                      Counsel for Defendant
                      Frankie Thomas Goulding

**O R D E R**

**IT IS SO FOUND AND ORDERED this 29th day of May, 2013.**

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3