**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:  (916) 922-9270**
**Facsimile:  (916) 922-2465**
**Email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**FRANKIE GOULDING**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 09-cr-00450 (LKK) |
| Plaintiff, | WAIVER OF DEFENDANT'S PRESENCE |
| v. | |
| FRANKIE GOULDING, | |
| Defendant. | |

   Pursuant to Fed. R. Crim. P. 43(b)(2), defendant, Frankie Goulding, waives his right to appear in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.  Mr. Goulding requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.  The defendant acknowledges that he has the right to be present at any and all hearings in this case.

   Mr. Goulding further acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without being present.

1

The original signed copy of this waiver is preserved by Mr. Goulding's attorney.

DATE: June 27, 2013                                    /s/Frankie Goulding
                                                       **FRANKIE GOULDING**

I agree with and consent to my client's waiver of appearance.

DATE: June 27, 2013                                    /s/Ron Peters
                                                       RON PETERS
                                                       Attorney for Defendant
                                                       **FRANKIE GOULDING**

**IT IS HEREBY ORDERED**

    1. That Frankie Goulding's appearance is waived in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury, and imposition of sentence.

IT IS SO ORDERED.

Date: July 12, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT