BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00450 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| FRANKIE GOULDING, ET AL., | DATE: September 24, 2013 |
| Defendants. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On September 24, 2013, the Court held a status conference in this case. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. Ron Peters, Esq. appeared with defendant Frankie GOULDING, Robert Holley, Esq. appeared with defendant Lio MATAFFA, and John Duree, Esq. appeared with defendant Jaclyn MAJSTORIC, who were present and in custody.

This Court granted a continuance for a further status conference/entry of plea to October 22, 2013, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

///
///

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

1

Act, the Court therefore excluded time from September 24, 2013, to, and including, October 22, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated:  October 21, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT