BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00450 LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| FRANKIE GOULDING, ET AL., | DATE: October 22, 2013 |
| Defendants. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On October 22, 2013, the Court held a status conference in this case. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. Ron Peters, Esq. appeared with on behalf of defendant Frankie GOULDING. Defendant GOULDING had a waiver on file with the Court. John Duree, Esq. appeared with defendant Jaclyn MAJSTORIC. Ms. MAJSTORIC was present and out of custody.

This Court granted a continuance for a further status conference/entry of plea as to defendants GOULDING and MAJSTORIC to November 13, 2013, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial

///

///

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

1

Act, the Court therefore excluded time from October 22, 2013, to, and including, November 13, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated: October 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT