| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>JASON HITT<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE GOULDING, ET AL.,<br><br>Defendants. | CASE NO. 2:09-CR-00450 LKK<br><br>ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: November 13, 2013<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On November 13, 2013, the Court held a status conference in this case. Assistant United States Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. John Duree, Esq. appeared for Ron Peters, Esq. on behalf of defendant Frankie GOULDING. Defendant GOULDING had a waiver on file with the Court. John Duree, Esq. appeared with defendant Jaclyn MAJSTORIC. Ms. MAJSTORIC was present and out of custody.

This Court granted a continuance for a further status conference/entry of plea as to defendants GOULDING and MAJSTORIC to December 17, 2013, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

1

Act, the Court therefore excluded time from November 13, 2013, to, and including, December 17, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

DATED: November 19, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT